**UNITED STATES of America,**
Appellee,

v.

**Michael Gerald GAMBOA, Appellant.**

Nos. 07–1225, 07–1338.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 3, 2008.

Filed: Oct. 6, 2008.

Before MURPHY, BYE, and BENTON,
Circuit Judges.

PER CURIAM.

In these consolidated appeals, Michael Gamboa challenges the district court's [1] initial failure to rule on his pro se post-judgment motions and its subsequent denial of his pro se motions. We dismiss Appeal No. 07–1225 for lack of appellate jurisdiction, because Gamboa filed his notice of appeal before a final order was entered. *Cf. Waterson v. Hall*, 515 F.3d 852, 853, 855–57 (8th Cir.2008) (dismissing appeals for lack of jurisdiction when court concluded there was no final appealable order). As to Appeal No. 07–1338, we find no basis for reversal and accordingly affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.